LA

March 2nd, 2020

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 MAR -6 P 12: 47

CLERK OF COURT

Clerk of Courts,

Hello my name is Yosvany Padilla-Conde. Could you please send me my docket, case no.: 16-CR-175, United States v. Yosvany Padilla-Conde. And my plea agreement please

Thank You so much,

*[signature]*

Yosvany Padilla-Conde
#54906-177
Federal Correctional Institution
FCI Manchester
PO BOX 4000
Manchester, KY 40962-4000