Jason M. Ludke (#09724-089)
AKA: Muhammad Abdun Naasir
USP-Big Sandy
P.O. Box 2068
Inez, Ky    41224

JAN 11 2021

Re: United States of America,
              V.
      Jason M. Ludke,
      AKA: Muhammad Abdun Naasir

      Case No. 16-CR-175


Dear U.S. District Judge L. Adelman:

I am writing to the court regarding the injustices
rampant within the society, that quite honestly led
to this current conviction which I still believe is
an "injustice."
The facts behind this case really show that this case
was never about "terrorism".
This case was honestly about me being continually
punished, ostracised and unjustly subjected to
them Ex Post Facto-like residency ordinances.
I was released from the FBOP in 2015, and had
expectations to acquire a job, acquire my own
residence, and just spend time with my family.
Yet, I was released and discovered, that because
of ones past (i.e., a crime that happened when

I was 20 years old), I could not live with my family; and I was then told I must reside within a Punitive county jail facility,

Thus preventing me to do anything successfull upon release!

It is about time that the Honorable Courts consider this matter; and bring about some needed changes to them "City of Green Bay Sex offender - Residency ordinances", which "seemingly create more problems within the State and Federal Probation systems; and instead of promoting rehabilitation; it seemingly creates recidivism; as one is released from punitive prison, to discover, he cannot reside anywhere in the city due to these broad Residency ordinances, that basically ban one to live in his city; basically subjugating ones constitutional rights of Due Process to Life and Liberty!

I write the court, "in Activism", now regarding these issues.

This case was never about terrorism!

I am a "practicing Salafi muslim of the Islamic faith"; and "all I sought to do, was move away to a muslim land-territory, where I could live my life with freedom and liberty; and study my religion, and live a normal life."

I do not believe any rational person would be content to release from prison, and then be told, congratulations, you now are forced to live within a Punitive county jail place, becouse county residency ordinances prohibit you to reside in your hometown.

I am a devout muslim, I am seeking to live a peacefull life here; continue my studies to become a muslim scholar.

But in all honesty, some changes are needed to be considered on these unjust laws.

These matters continue to affect thousands of people, and, "so many are unaware of how to even challenge legally their injustices.' "

There is a surplus of problems within the "State and Federal probation system" being unable to locate residences for probationers, due to these vast array of Residency ordinance laws, which continue to worsen.

Instead of any Resolution being done to a problem, its left to continue rolling down the hill, in as which, one is then "violated" with asinine reasons, and brought back before the court on revocations; only to later, reach their release dates, and come back to society and face more harsher, more restrictive conditions than before!?

I write the court now, as I am relatively close to release; and whether I release to my family address here in State of Kentucky or have to return to Green Bay, Wisconsin; I anticipate having to deal with these issues yet again.

I am "discharged" from that old state case. (Brown County). It is over 20 years ago; I've not been a Repeat Offender; yet its odd how I continue to be "continually punished" all ones life

For a 20 year old case!?

I've written letters to Brown Co. Circuit Judge Marc Hammer, requesting, what must I do to legally petition, to be removed/released from them Wisconsin Sex Offender Registration issues; to alleviate so many of these problems; and I do not receive any answer or clarification from anyone about this problem!?

I thought that our courts is rooted in justice, and fairness for all!?

I believe a objective evaluation of this, will show that some Judicial scrutiny is warranted on this matter, to set in motion some highly needed changes to these prejudicial residency ordinances, and allow one back his fair and just constitutional rights and liberties, instead of leaving one in a revolving door situation - meaning - theres No rational to leave me subjected to that Wisconsin Sex Offender Registry, and facing its perpetual Residency ordinances restrictions, for a crime over 20 years ago; and then neglecting and ignoring my requests of how to petition legally to be removed- released from all them registry stipulations!

I understand this is a spectrum, and theres a wide array of these issues.

But, hopefully by this letter to the court hopefully the court*(and the public) will now consider the need to change and reform these unjust practices going on!

Activism starts at this level.

In history, people and the courts upheld soo many injustices (e.g. slavery, Jim Crow, internment of Japanese citizens, etc), only to look back decades later, and realize the error of its ways.

Hopefully this is one of them times; and some reform and Judicial Court order, set in place, needed change on this injustice.

Thank you for your time.

I declare under penalty of perjury that everything contained herein is true and correct to the best of my knowledge and beliefs.

Executed at usp-Big Sandy, in Inez, Kentucky, this 27th day of December, 2020.

Respectfully Submitted:

Muhammad S. Nassir
(Jason Ludke)

Jason M. Ludke
# 09724-089
USP-Big Sandy
P.O. Box 2068
Inez, ky 41224

cc: 1 file
U.S. District Court
Attorney Josh Uller
Attorney Tom Phillip
Milwaukee Journal Sentinel